IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOHN McDEVITT,

      Plaintiff,                         No. CIV S-08-0230 LKK JFM P

   vs.

SOLANO COUNTY JAIL, et al.,

      Defendants.                   ORDER

_____/

        Plaintiff, a county jail inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed his application for leave to proceed in forma pauperis on the current form used by this district. Use of the form assists plaintiff to establish and the court to evaluate plaintiff's in forma pauperis status in light of 28 U.S.C. § 1915 (b)(1) and (2). Accordingly, plaintiff's application will be dismissed and plaintiff will be provided the opportunity to submit the application on the appropriate form.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Plaintiff's application to proceed in forma pauperis is dismissed without prejudice;

/////

1

1           2.  The Clerk of the Court is directed to send plaintiff a new Application to
2  Proceed In Forma Pauperis By a Prisoner; and
3           3.  Plaintiff shall submit, within thirty days from the date of this order, a
4  completed application to proceed in forma pauperis on the form provided with this order.
5  Plaintiff's failure to comply with this order will result in a recommendation that this action be
6  dismissed without prejudice.
7  DATED: February 19, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
mcde0230.3d